Date: 05/04/11                                                                                                                              Page:

**DIVIDENDS REMITTED TO THE COURT**
Check Number 2012 Dated 05/04/11
Case Number 10-33751 - RUD, RICKY RAY

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| THINK MUTUAL BANK<br>PO BOX 7194<br>ROCHESTER, MN 55903 | 000004 | 300.44 | 1.81 |
| United Credit Recovery<br>P.O. Box 953245<br>Lake Mary, FL 32795 | 000009 | 164.64 | 0.99 |
| ---------- Remittance Total ---------- | | 465.08 | 2.80 |

MICHAEL J IANNACONE, Trustee

RECEIVED 11 MAY -6 AM 11:21 U.S. BANKRUPTCY COURT ST. PAUL, MN

COURT1                                                                                          Printed: 05/04/11 03:39 PM    Ver: 16.02b